MARY L. E. JOHNSON, Respondent, v. EUGENE B. MILLARD and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOHN P. BROWN, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ROBERT C. HAMM, Appellant, v. THE WILL & BAUMER COMPANY, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve the printed papers on appeal by February fifteenth.

JOHN W. SHEA, Appellant, v. MARGARET L. SHEA, Respondent.— Motion for a reargument and to strike out certain statements contained in the opinion [197 App. Div. 126] denied, with ten dollars costs. Held, that on the trial and when the defendant was being examined by her counsel and she had testified, in substance, that she had not poisoned her brother James, the statement was made, " Well, of course, you didn't and everybody knows it, but that is what he is trying to work up." The inference is natural that the language was used by counsel, and it was prejudicial to plaintiff. It is insisted by counsel for defendant that such statement was not made by him, but was made by the witness, and that the statement in the opinion constitutes an unjust reflection upon him. The statement was made by someone, and was prejudicial, and the fact that it was not made by counsel would not affect our decision.

JOHN O'DAY, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to abide event. All concur.

FRANK B. BROWN and Others, as Trustees under the Will of ANDREW B. BROWN, Deceased, and Another, Respondents, v. HARRIET M. S. BROWN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

EDD H. HOBBS, Respondent, v. NEW YORK CANNERS, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

RALPH HOOPER, Respondent, v. EDWARD L. WALLACE, Appellant.— Judgment and order affirmed, with costs. All concur.

STEFANIA KOWALSKI, Appellant, v. EVERYBODY'S DAILY PUBLISHING COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur, Sears, J., not sitting.

In the Matter of the Application of RICHARD B. WILLIAMS, JR., as Commissioner of Public Works of the City of Syracuse, Respondent, for the Appointment of Commissioners of Condemnation in the Matter of Opening Solar Street and Bear Street, etc. GIMINSKI & ZAMIARSKI COAL COMPANY, Appellant.— Order affirmed, with costs. All concur.

HERKIMER LUMBER COMPANY, Respondent, v. STATE OF NEW YORK, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

CATTARAUGUS TANNING COMPANY, Respondent, v. ERIE RAILROAD COMPANY Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

WILLIAM H. WHALEY, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.